PENNINGTON LAW GROUP
James A. Lewis, V, Esq. (045722010)
Jessica Ellis, Esq. (277772018)
76 South Orange Avenue, Suite 213
South Orange, New Jersey 07079
JLewis@theplglaw.com
JEllis@theplglaw.com
Attorneys for Defendant City of Orange

UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY HOLMES,<br><br>　　　　　　　　　*Plaintiff*<br>　vs.<br><br>CITY OF ORANGE, a Municipal Corporation; CHRISTOPHER HARTWYK, individually and as Business Administrator of the City of Orange,<br><br>　　　　　　　　　*Defendants.* | Civil Action No. 2:18-cv-15084-CCC-JBC<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY** stipulated and agreed, by the attorneys for the parties, that all claims by the Plaintiff in the above action against Defendant City of Orange are hereby dismissed in their entirety and with prejudice.

By: _/s/ Jessica Ellis_
Jessica Ellis, Esq.
PENNINGTON LAW GROUP
*Attorney for Defendant,*
City of Orange

By: _/s/ David F. Corrigan_
David F. Corrigan, Esq.
THE CORRIGAN LAW FIRM
*Attorney for Plaintiff*
Anthony Holmes

Dated:

**SO ORDERED**

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: August 21, 2019